IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WALTER E. DUNN                                                                    PLAINTIFF

v.                                            Case No. 4:20-cv-4056

FORWARD AIR, INC. et al.                                                        DEFENDANTS

**AMENDED ORDER**

This order has been amended to correct typographical errors in the Court's previous order. (ECF No. 15).   Specifically, Plaintiff has been granted leave to file an amended complaint, not an amended answer.

Before the Court is Plaintiff's Motion for Leave to File an Amended Complaint.  (ECF No. 14).  Defendants do not oppose the motion.  Accordingly, the Court finds that the motion (ECF No. 14) should be and hereby is **GRANTED**.[1]  Plaintiff may file his amended complaint **on or before September 7, 2020**.[2]

**IT IS SO ORDERED**, this 1st day of September, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] *See* Local Rule 7.2(f)

[2] There is a Motion to Dismiss currently pending in this case.  The Court will address the Motion to Dismiss after Plaintiff has had an opportunity to file his Amended Answer.