IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WALTER E. DUNN                                                                                      PLAINTIFF

v.                                              Case No. 4:20-cv-4056

FAF, INC.; CHARLES LUCAS ORIVE;
and ENTERPRISE FM TRUST                                                                     DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Non-Suit and Voluntary Dismissal Without Prejudice as to Defendant Enterprise FM Trust. ECF No. 28. Upon consideration, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that Plaintiff's motion should be and hereby is **GRANTED**. Plaintiff's claims against Enterprise FM Trust are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of May, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge