IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WALTER E. DUNN                                                                                           PLAINTIFF

v.                                      Case No. 4:20-cv-4056

FAF, INC. and CHARLES LUCAS ORIVE                                            DEFENDANTS

## JUDGMENT

The parties have advised the Court that all claims in the above styled and numbered action have been settled.  ECF No. 39.  It appearing to the Court that it is not necessary that this action remain upon the Court's docket:

IT IS THERFORE CONSIDERED, ORDERED, AND ADJUDGED that the above styled action be, and is hereby, dismissed subject to the terms of the parties' settlement agreement; and

IT IS FURTHER ORDERED that that if any party desires that the terms of the settlement be a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The Court retains jurisdiction to vacate this order and reopen this action upon cause shown that the settlement has not been completed and that further litigation is necessary.

**IT IS SO ORDERED**, this 29th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge